JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** III  **Investigating Agency** FBI

**City** Sudbury, Boston, elsewhere

**County** Middlesex, Suffolk, elsewhere

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  20-5232 through 5237-JGD
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Tamara Khatuntseva  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address (City & State): West Roxbury, MA

Birth date (Yr only): 1959  SSN (last4#): _____  Sex F  Race: _____  Nationality: _____

**Defense Counsel if known:** Peter Ball, Esq.  Address: Fitch Law Partners LLP

**Bar Number:** _____  84 State Street, Boston, MA 02109

**U.S. Attorney Information:**

AUSA: Laura J. Kaplan  Bar Number if applicable: _____

Interpreter: ☐ Yes ☑ No  List language and/or dialect: _____

Victims: ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☑ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty — ☐ Misdemeanor — ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/20/2021  Signature of AUSA: _____

JS 45 (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Tamara Khatuntseva

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1343 and 2 | Wire fraud; aiding and abetting | 1 |
| Set 2 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) | Forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____