FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

Page 1 of 3

*Print Legibly. More than one line may be used for each item, if necessary.*

Date: 8/27/2020  Case ID: 281H-BS-3153665

Location: 1522 VFW Parkway, Unit 304, West Roxbury, MA and a 2017 gray Honda Accord bearing MA license plate 5CH552, VIN: 1HGCR2F08HA157515

Preparer/Assistants:

Personnel (full names and initials):
Angela Tashjian ___    Christina Blake ___    Connor Jorde ___    Dustin Wong ___
James Zordan ___       Kristin Koch ___       Michael Santoro ___  Patrick Yaroch ___
Scott McGaunn ___      Sean Wilson ___        Timothy Duggan ___

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 1 | Receipts | Front seat | Driver and passenger | Sean Wilson / James Zordan | Plastic | |
| 2 | Receipts | Back seat | Driver and passenger | Sean Wilson / James Zordan | Plastic | |
| 3 | Receipts | Trunk | Trunk | Sean Wilson / James Zordan | Plastic | |
| 4 | Box containing TJ Maxx and Gucci receipts, TJ Maxx price tags, plastic ties | E | On top of cabinet in corner of room | Kristin Koch / Scott McGaunn | Paper | |
| 5 | One plastic bag containing red tags; one purple tagging gun; one box containing plastic ties | E | In drawer of cabinet in corner | Kristin Koch / Scott McGaunn | Paper | |
| 6 | Three merchandise tags | E | On short book case to left of TV stand | Christina Blake / Scott McGaunn | Plastic | |
| 7 | FedEx bags with receipts | E | Computer table, left cabinet | Sean Wilson / James Zordan | Paper | |
| 8 | 42 Boxes of shoes | H | In closet | James Zordan / Connor Jorde | Cardboard Box | 7 total cardboard boxes / 6 boxes of shoes per cardboard box / total of 42 shoeboxes |
| 9 | Two black leather purses | H | In closet | James Zordan / Connor Jorde | Paper | |
| 10 | Western Digital Harddrive; S/N WCAZA3453339 | H | In closet on shelf | Connor Jorde / James Zordan | Paper | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

Page 2 of 3

*Print Legibly. More than one line may be used for each item, if necessary.*

| # | Description | | Location | Collected By | Packaging | |
|---|---|---|---|---|---|---|
| 11 | One box containing merchandise receipts and price tags | E | On book shelf next to left side of bed | Michael Santoro / James Zordan | Paper | |
| 12 | One green Staples notebook | E | On left side of desk | Kristin Koch / Scott McGaunn | Paper | |
| 13 | Three empty Gucci boxes with price tags | G | On left side shelf | Christina Blake / Michael Santoro | Paper | |
| 14 | Nine plastic TJ Maxx bags with post-it note labels, each containing a purse; two boxes of Miu Miu shoes; one Fendi box containing a purse | G | On right side shelf | Christina Blake / Michael Santoro | Paper | |
| 15 | TJ Maxx bag containing two purses with red tags attached | G | On floor | Christina Blake / Michael Santoro | Paper | |
| 16 | Ziplock bag containing piece of paper with DL photo of Tamara Khatuntseva with permission for Audrey Slaven to pick up packages from Post Office | G | On floor | Christina Blake / Michael Santoro | Paper | |
| 17 | Dell All-In-One; service tag: BB05VX1 | E | On computer desk | Dustin Wong / James Zordan | Plastic | |
| 18 | Western Digital Harddrive, S/N: WXH0A9938829 | E | On computer desk connected to Item 17 | Dustin Wong / James Zordan | Paper | |
| 19 | Samsung Galaxy Tab A (2017), S/N: R52M50GYYXR | E | On night stand | Kristin Koch / Dustin Wong | Plastic | |
| 20 | Samsung Galaxy Note 10, S/N: RF8M42SC7QB | E | On night stand | Kristin Koch / Dustin Wong | Plastic | |
| 21 | Leasing documents for Honda Accord and Tax return documents | E | Filing Cabinet, top drawer | Kristin Koch / Scott McGaunn | Paper | |
| 22 | 14 plastic TJ Maxx bags with post-it notes attached | G | On floor | Christina Blake / Michael Santoro | Paper | |
| 23 | Three boxes containing red security theft tags | G | On floor, bottom right | Michael Santoro / Christina Blake | Cardboard Box | |
| 24 | Acer Aspire laptop, S/N: LXRJW020201173F9141601 | E | Bottom of book shelf | Angela Tashjian / Dustin Wong | Plastic | |
| 25 | One black bag containing 15 Gucci scarves | G | In closet, left side floor | Sean Wilson / Christina Blake | Paper | |

FD-886 (Rev. 4-13-15)

## EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 3 of 3

| # | Description | | Location | Collected by | Packaging | Notes |
|---|---|---|---|---|---|---|
| 26 | One US passport for Tamara Khatuntseva; One expired US passport for Tamara Khatuntseva; One expired Ukrainian passport for Tamara Khatuntseva | G | In safe | Kristin Koch / Sean Wilson | Plastic | |
| 27 | $1435 U.S. Currency | G | In safe | Kristin Koch / Sean Wilson | Plastic | |
| 28 | Four pairs of brown Gucci boots | G | In closet | Christina Blake / James Zordan | Cardboard Box | Two boxes for item 28 |
| 29 | Four Dolce Gabanna Dresses; One Two-Piece Dolce Gabanna Suit; One Etro Dress | G | In closet in hanging dresser | Michael Santoro / Angela Tashjian | Paper | |